UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUIS GARCIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KIKA SCOTT,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:25-CV-1541-JPB |

## **ORDER**

    This matter is before the Court on the parties' Joint Motion for Extension of Time [Doc. 9]. In the motion, the parties ask the Court to stay the answer deadline until November 21, 2025, because the parties anticipate that the case will resolve. For good cause shown, the motion is **GRANTED**. **IT IS HEREBY ORDERED** that Defendant's deadline to respond to Plaintiffs' Complaint is extended through and including November 21, 2025.

    Given the length of this extension and the parties' belief that the case will resolve, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of

documents. No later than November 21, 2025, the parties shall file a status update as to how the case should proceed.

**SO ORDERED** this 25th day of August, 2025.

_____
J. P. BOULEE
United States District Judge